**STATE of Missouri, Respondent,**

v.

**Danny G. DENTON, Appellant.**

**No. WD 48470.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1994.

William G. Mays, II, Columbia, for appellant.

Robert R. Sterner, Pros. Atty., Mark Tracy, Asst. Pros. Atty., Callaway County, Fulton, for respondent.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Appeal from jury conviction of supplying intoxicating liquor to a minor, section 311.310, RSMo Cum.Supp.1991.

Affirmed. Rule 30.25(b).

■

**William Byrn CAMPBELL, Respondent,**

**P.D.C., M.L.C., and K.A.C., Minors,**

v.

**Faith Ann CAMPBELL, Appellant.**

**No. WD 48786.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1994.

John C. Milholland, Harrisonville, for appellant.

Jerry J. Rellihan, Raytown, for respondent.

John Henry Edmiston, Warrensburg, guardian ad litem.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Appeal from trial court's ruling on motion to modify child custody provisions of a dissolution decree.

Judgment affirmed. Rule 84.16(b).